# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

CANDICE STINSON,

      Plaintiff,

v.                        Case No.  1:17cv232-MW/GRJ

NANCY A. BERRYHILL.
**Acting Commissioner of**
**Social Security Administration,**

      Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 23.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**. The request for oral argument is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on March 12, 2019.**

                        **s/ MARK E. WALKER**
                        **Chief United States District Judge**